OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

10/14/2015
HINOJOSA, EDWARD

Tr. Ct. No. 1042235-A

WR-82,619-02

This is to advise that the Court has dismissed without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

*released*

EDWARD HINOJOSA
BETO I UNIT - TDC # 1388352
1391 FM 3328
TENNESSEE COLONY, TX  75880

U T F

UTF

43B  75880